UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                    :
:
:
           -v-                                               :        25 Cr. 371 (JPC)
:
MICHOLS PENA,                                                :        ORDER
:
                    Defendant.                               :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Sentencing in this matter will take place on November 20, 2025, at 10:00 a.m., in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: August 19, 2025
       New York, New York
                                            JOHN P. CRONAN
                                         United States District Judge